IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT H. HURLBUT, *et al.*, <br><br> Defendants. | Civil Action No. _____ |

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, LM Insurance Company, Employers Insurance Company of Wausau, Wausau Business Insurance Company, Wausau General Insurance Company, Wausau Underwriters Insurance Company, Peerless Insurance Company, Peerless Indemnity Insurance Company, The Netherlands Insurance Company, Excelsior Insurance Company, The American Fire and Casualty Company, and The Ohio Casualty Insurance Company ("Plaintiffs"), nongovernmental corporate parties in the above-referenced matter, through their attorneys, submit the following Corporate Disclosure Statement. Plaintiffs are all subsidiaries of Liberty Mutual Holding Company, Inc., which is not a publicly held corporation.

Dated:   New York, New York
         August 12, 2008

STEPTOE & JOHNSON LLP

By: _____
Michael C. Miller
Evan Glassman
750 Seventh Avenue
New York, NY 10019
(212) 506-3900

*Attorneys for Plaintiffs*