IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8·14·08

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08 CV 7192 |
| | ) | |
| ROBERT H. HURLBUT, et al., | ) | [PROPOSED] ORDER FOR |
| | ) | ADMISSION PRO HAC VICE |
| Defendants. | ) | |
| | ) | |

The motion for admission *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Jeffrey M. Theodore, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 per attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:    New York, New York
          Aug. 13, 2008

                              SO ORDERED:

                              _____
                              U.S.D.J