IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8·14·08

LIBERTY MUTUAL INSURANCE    )
COMPANY, et al.,            )
                           )
        Plaintiffs,         )
                           )
    v.                      )    Civil Action No. 08 CV 7192
                           )
ROBERT H. HURLBUT, et al.,  )    [PROPOSED] ORDER FOR
                           )    ADMISSION PRO HAC VICE
        Defendants.         )
_____)

The motion for admission *pro hac vice* in the above-captioned matter is granted.

The admitted attorney, Mark F. Horning, is permitted to argue or try this particular case in whole

or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 per

attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office.

When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This order confirms your appearance as counsel in this case, and it will be entered

on the Court's docket.  A notation of your admission *pro hac vice* for the above-listed case will

be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other

counsel in this case.

Dated:   New York, New York
         Aug. 13, 2008

                              S O  O R D E R E D:

                              _____
                              U.S.D.J