UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>ROBERT H. HURLBUT, et al.,<br><br>Defendants. | 08-CV-7192 (DC)<br><br>**NOTICE OF APPEARANCE**<br><br>Electronically Filed |

    PLEASE TAKE NOTICE that Andrew M. Cuomo, Attorney General of the State of New York, by Barbara K. Hathaway, Assistant Attorney General, shall appear as counsel of record for defendants in the above referenced action.

Dated:    New York, New York
           August 21, 2008

                                      ANDREW M. CUOMO
                                      Attorney General of the
                                        State of New York
                                      <u>Attorney for Defendants</u>

                                        By: <u>S/                      </u>
                                        Barbara K. Hathaway
                                        Assistant Attorney General
                                        120 Broadway – 24th Floor
                                        New York, New York 10271
                                        (212) 416-8560