UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LIBERTY MUTUAL INSURANCE                          **Case No. 08 CIV 7192 (DC)**
COMPANY, et al.,                                  AFFIDAVIT OF SERVICE
                              Plaintiff,

        -against-

ROBERT H. HURLBUT, et al.,
                              Defendants.
----------------------------------------X
STATE OF NEW YORK )
            s.s.:
COUNTY OF ALBANY  )

    MARY M. BONVILLE, being duly sworn deposes and says that
she is over the age of eighteen, is an agent of KEATING &
WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 14th day of August, 2008, at approximately
12:15 p.m., deponent served a true copy of the Summons in a
Civil Action, Civil Cover Sheet, Rule 7.1 Disclosure
Statement, Electronic Case Filing Rules & Instructions dated
May 28, 2008, Complaint, Individual Practice Rules of Judge
Chin, Consent to Proceed Before a United States Magistrate
Judge [Blank Form], the Individual Practice Rules of
Magistrate Judge Eaton, [Unsigned] Order to Show Cause,
Declaration of Evan Glassman In Support of Order to Show Cause
with Exhibits, Declaration of David Dwortz with Exhibit 1,
Declaration of James Hall with Exhibits, Declaration of Nancy
R. Moore with Exhibits, Memorandum in Support of Motion for
Preliminary Injunction, Notice of Motion to Admit Mark F.
Horning Pro Hac Vice, Affidavit in Support of Motion to Admit
Mark F. Horning Pro Hac Vice with Exhibit A, [Proposed] Order
for Admission Pro Hac Vice, Notice of Motion to Admit Jeffrey
M. Theodore Pro Hac Vice, Affidavit in Support of Motion to
Admit Jeffrey M. Theodore Pro Hac Vice with Exhibits and
[Proposed] Order for Admission Pro Hac Vice upon the Workers
Compensation Board at 20 Park Street, Albany, New York by
personally delivering and leaving the same with Thomas
Parella, Secretary in the Office of the Secretary who informed
deponent that he, is authorized to accept service at that
address.

    Thomas Parella is a white male, approximately 51-65 years
of age, stands approximately 5 feet, 4-8 inches tall, weighs
approximately 161-200 pounds and is bald.

                              Sworn to before me this
                              14th day of August, 2008.


_Mary M. Bonville_                    _Ruth A. Dennehey_
MARY M. BONVILLE                      RUTH A. DENNEHEY
                                      Notary Public, State of New York
                                      Albany County No. 4729775
                                      Commission expires November 30, 2010