UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LIBERTY MUTUAL INSURANCE           Case No. 08 CIV 7192 (DC)
COMPANY, et al.,                   AFFIDAVIT OF SERVICE
                    Plaintiff,

     -against-

ROBERT H. HURLBUT, et al.,
                    Defendants.
------------------------------------------X
STATE OF NEW YORK    )
                         s.s.:
COUNTY OF NEW YORK   )

   BOBBY ALI, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 14th day of August, 2008, at approximately 2:02 p.m., deponent served a true copy of the Summons in a Civil Action, Civil Cover Sheet, Rule 7.1 Disclosure Statement, Electronic Case Filing Rules & Instructions dated May 28, 2008, Complaint, Individual Practice Rules of Judge Chin, Consent to Proceed Before a United States Magistrate Judge [Blank Form], the Individual Practice Rules of Magistrate Judge Eaton, [Unsigned] Order to Show Cause, Declaration of Evan Glassman In Support of Order to Show Cause with Exhibits, Declaration of David Dwortz with Exhibit 1, Declaration of James Hall with Exhibits, Declaration of Nancy R. Moore with Exhibits, Memorandum in Support of Motion for Preliminary Injunction, Notice of Motion to Admit Mark F. Horning Pro Hac Vice, Affidavit in Support of Motion to Admit Mark F. Horning Pro Hac Vice with Exhibit A, [Proposed] Order for Admission Pro Hac Vice, Notice of Motion to Admit Jeffrey M. Theodore Pro Hac Vice, Affidavit in Support of Motion to Admit Jeffrey M. Theodore Pro Hac Vice with Exhibits and [Proposed] Order for Admission Pro Hac Vice upon the New York State Insurance Fund at 199 Church Street, New York, New York by personally delivering and leaving the same with Tornin Williams, who informed deponent that he, is authorized to accept service at that address.

   Tornin Williams is a black male approximately 29 years of age, stands approximately 5 feet, 9 inches tall, weighs approximately 175 pounds with black hair and dark eyes.

                              Sworn to before me this
                              15th day of August, 2008.

_____     _____
BOBBY ALI #871612                        JOHN J. WALKER
                                  Notary Public, State of New York
                                     Reg. No. 01-WA-4851557
                                     Qualified in Queens County
                                  Certificate Filed in New York County
                                  Commission expires February 17, 2010