UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

LIBERTY MUTUAL INSURANCE            :        08-CV-7192 (DC)
COMPANY, et al.,
                                    :        Electronically Filed
                    Plaintiffs,
          -against-                 :        **NOTICE OF MOTION TO DISMISS**

ROBERT H. HURLBUT, et al.,          :

                    Defendants.     :
------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, and

upon all prior proceedings, the defendants, by their attorney, Andrew M. Cuomo, Attorney General

of the State of New York, will move this court before the Honorable Denny Chin, United States

District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, for

an order pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing

the complaint on the grounds that the court lacks jurisdiction and the complaint fails to state a claim

upon which relief can be granted, and granting such other and further relief as to the Court may seem

just and proper.

Dated: New York, New York             Yours, etc.,
          August 26, 2008
                                      ANDREW M. CUOMO
                                      Attorney General of the
                                      State of New York
                                      Attorney for Defendants
                                      By: *Barbara K. Hathaway*

                                      BARBARA K. HATHAWAY
                                      Assistant Attorney General
                                      120 Broadway
                                      New York, New York 10271
To: MARK F. HORNING, ESQ.            (212) 416-8560
     STEPTOE & JOHNSON, LLP
     Attorneys for Plaintiffs
     1330 Connecticut Avenue, NW
     Washington, D.C. 20036