# EXHIBIT G

Report of Board Decisions Containing Standard Language Directing ATF Deposits

| # | Claimant's Initials | CASE_ID | CARRIER_ID | CARRIER_NAME | Duly Filed Date with ATF/DIRECT | Duly Filed Date with ATF/CAL | First RB-89 Date After Decision | ATF/CAL Data |
|---|---|---|---|---|---|---|---|---|
| 1 | VC | 40501957 | W015754 | A I U Insurance Company | | | 8/20/2008 0:00 | December 15, 2008 @$106,667.42 |
| 2 | VC | 40501957 | W015754 | A I U Insurance Company | | | | |
| 3 | EJ | 60403990 | W019004 | ACE American Insurance Co | 6/19/2008 0:00 | | 9/26/2007 0:00 | |
| 4 | EM | 60502384 | W019004 | ACE American Insurance Co | 8/27/2007 0:00 | | 6/19/2008 0:00 8/27/08@191,016.38@400.00 | |
| 5 | DI | 70409579 | W019004 | ACE American Insurance Co | 3/3/2008 0:00 | | 4/2/2008 0:00 | |
| 6 | CA | 80401673 | W019004 | ACE American Insurance Co | 7/30/2007 0:00 | | 8/28/2007 0:00 | |
| 7 | RS | 80608843 | W019004 | ACE American Insurance Co. | 11/16/2007 0:00 | | 12/10/2007 0:00 | |
| 8 | CR | 90404595 | W019004 | ACE American Insurance Co. | 2/11/2008 0:00 | | 3/12/2008 0:00 | |
| 9 | JD | 70504967 | W011001 | Ace Fire Underwriters Ins | 10/1/2007 0:00 | | 10/17/2007 0:00 | |
| 10 | FH | 89418380 | W026009 | American and Foreign Ins Co | 8/13/2007 0:00 | 5/20/2008 0:00 | | 10/31/08@34,530.86@146.24, reflecting the directed rate of $194.47 minus a |
| 11 | FH | 89418380 | W026009 | American and Foreign Ins Co | 11/19/2007 0:00 | | 12/18/2007 0:00 | $48.13 Social Security offset. |
| 12 | AS | 20607433 | W022008 | American Casualty Company of | 11/19/2007 0:00 | | 11/26/2007 0:00 | |
| 13 | AS | 40303942 | W022008 | American Casualty Company of | 2/11/2008 0:00 | | 2/15/2008 0:00 | |
| 14 | RD | 70406012 | W022008 | American Casualty Company of | 2/21/2008 0:00 | 5/20/2008 0:00 | 3/11/2008 0:00 | |
| 15 | DS | 90106458 | W022008 | American Casualty Company of | 8/4/2008 0:00 | | | |
| 16 | SS | 00329195 | W029003 | American Home Assurance Co | 5/29/2008 0:00 | 6/23/2008 0:00 | 7/17/2008 0:00 | |
| 17 | WH | 00359708 | W029003 | American Home Assurance Co | 1/24/2008 0:00 | | 2/21/2008 0:00 | |
| 18 | PD | 00424976 | W029003 | American Home Assurance Co | 12/5/2007 0:00 | | 1/3/2008 0:00 | |
| 19 | AV | 00433832 | W029003 | American Home Assurance Co | 2/22/2008 0:00 | | 3/24/2008 0:00 | |
| 20 | BM | 30511435 | W029003 | American Home Assurance Co | | | 7/10/2008 0:00 | 11/07/08 @ 313,668.78 @ 400 |
| 21 | SK | 40410511 | W029003 | American Home Assurance Co | | | 7/10/2008 0:00 | |
| 22 | SK | 40410511 | W029003 | American Home Assurance Co | | 5/20/2008 0:00 | 6/19/2008 0:00 | @284,864.22@350 |
| 23 | MP | 40501451 | W029003 | American Home Assurance Co | | 5/22/2008 0:00 | 6/19/2008 0:00 | 10/31/08@284,864.22@350 |
| 24 | MP | 40501451 | W029003 | American Home Assurance Co | | 5/29/2008 0:00 | | which resulted in his death. |
| 25 | TD | 50702377 | W029003 | American Home Assurance Co | | | | 10/15/08 @ 193,441.14 @ 257.15 per |
| 26 | CM | 60409849 | W029003 | American Home Assurance Co | 5/2/2008 0:00 | 6/5/2008 0:00 | 7/1/2008 0:00 | week |
| 27 | TS | 70500778 | W029003 | American Home Assurance Co | 12/5/2007 0:00 | | 6/2/2008 0:00 | |
| 28 | RC | 70508508 | W029003 | American Home Assurance Co | 7/28/2008 0:00 | | 1/4/2008 0:00 | |
| 29 | MS | 80314357 | W029003 | American Home Assurance Co | 8/8/2007 0:00 | | 9/7/2007 0:00 | |
| 30 | CM | 90303849 | W029003 | American Home Assurance Co | 1/23/2008 0:00 | | 2/21/2008 0:00 | |
| 31 | AH | 90605588 | W029003 | American Home Assurance Co | 8/12/2008 0:00 | | | |
| 32 | MB | 00318688 | W032007 | American Motorists Ins Co | 6/6/2008 0:00 | | 6/18/2008 0:00 | |
| 33 | MB | 00318688 | W032007 | American Motorists Ins Co | 5/19/2008 0:00 | 5/21/2008 0:00 | 4/14/2008 0:00 | |
| 34 | DW | 20100421 | W032007 | American Protection Ins Co. | 3/18/2008 0:00 | | | |
| 35 | TG | 60200361 | W036503 | Arrowood Indemnity Company | 8/23/2007 0:00 | | 09/26/08@278,487.36@400.00 | |
| 36 | CC | 60113931 | W191001 | Arrowood Indemnity Company | | | | |
| 37 | CC | 60113931 | W191001 | Arrowood Indemnity Company | 6/20/2008 0:00 | | 7/21/2008 0:00 | |
| 38 | MC | 60102941 | W040000 | Atlantic Mutual Insurance Co. | | | | |

Report of Board Decisions Containing Standard Language Directing ATF Deposits

| | Claimant's Initials | CASE_ID | CARRIER_ID | CARRIER_NAME | Duly Filed Date with ATF/DIRECT | Duly Filed Date with ATF/CAL | First RB-89 Date After Decision | ATF/CAL Data |
|---|---|---|---|---|---|---|---|---|
| 39 | MC | 60102941 | W040000 | Atlantic Mutual Insurance Co | 1/16/2007 0:00 | | 7/10/2008 0:00 | |
| 40 | CK | 70200148 | W040000 | Atlantic Mutual Insurance Co. | | 7/21/2008 0:00 | 11/21/08@96,673.66@160.00 | |
| 41 | DC | 99604025 | W041503 | Automobile Ins Co of Hart CT | 6/13/2008 0:00 | | 7/3/2008 0:00 | |
| 42 | DJ | 40700989 | W342752 | Beer Wholesalers Comp Trust | | 5/21/2008 0:00 | 7/12/2008 0:00 | |
| 43 | DJ | 40700989 | W342752 | Beer Wholesalers Comp Trust | 5/5/2008 0:00 | | 7/8/2008 0:00 7/31/08@145,350.08@163.53 | |
| 44 | LF | 60600444 | W361687 | Business Council WC Mfg Group | 9/11/2007 0:00 | | 10/11/2007 0:00 | |
| 45 | HM | 40005515 | W049258 | Business Insurance Company | | 6/5/2008 0:00 | 8/28/2008@79,290.22@133.33 | |
| 46 | AU | 60509974 | W054639 | CHURCH MUT INS CO | 9/17/2007 0:00 | | | |
| 47 | WS | 80310975 | W054753 | Cincinnati Insurance Co. | 10/10/2007 0:00 | | 11/8/2007 0:00 | |
| 48 | DA | 90505346 | W054753 | Cincinnati Insurance Co. | 2/28/2008 0:00 | | | |
| 49 | MG | 00532657 | W056386 | Clarendon National Ins. Co. | 2/8/2008 0:00 | | | |
| 50 | SS | 00406968 | W058002 | Commerce and Industry Ins Co | 2/15/2008 0:00 | | 3/18/2008 0:00 | |
| 51 | NA | 40507693 | W058002 | Commerce and Industry Ins Co | 8/4/2008 0:00 | | | |
| 52 | RF | 40508768 | W058002 | Commerce and Industry Ins Co | 1/24/2008 0:00 | | | |
| 53 | MA | 60405635 | W058002 | Commerce and Industry Ins Co | 8/1/2008 0:00 | | 12/15/08@201,119.14@225.00 | |
| 54 | MA | 60405635 | W058002 | Commerce and Industry Ins Co | 12/10/2007 0:00 | | | |
| 55 | JS | 60411474 | W058002 | Commerce and Industry Ins Co | 3/14/2008 0:00 | | | |
| 56 | CK | 70213633 | W058002 | Commerce and Industry Ins Co | | 1/8/2008 0:00 | 1/9/2008 0:00 | |
| 57 | EM | 70409455 | W058002 | Commerce and Industry Ins Co | | 2/14/2008 0:00 | 6/5/2008 0:00 | |
| 58 | TB | 70410266 | W058002 | Commerce and Industry Ins Co | 7/22/2008 0:00 | | 6/5/2008 0:00 | |
| 59 | JB | 80400130 | W058002 | Commerce and Industry Ins Co | | 8/15/2008 0:00 | | |
| 60 | JB | 80400130 | W058002 | Commerce and Industry Ins Co | | 8/5/2008 0:00 | 12/01/08@$230,840.52@301.50 | |
| 61 | DB | 80405104 | W058002 | Commerce and Industry Ins Co | 2/12/2008 0:00 | | 3/11/2008 0:00 | |
| 62 | ML | 90206573 | W058002 | Commerce and Industry Ins Co | 12/10/2007 0:00 | | 10/17/2007 0:00 | |
| 63 | MS | 90502913 | W058002 | Commerce and Industry Ins Co | 9/25/2007 0:00 | | 6/11/2008 0:00 9/11/2008@327,038.93@388.82 | |
| 64 | MS | 90502913 | W058002 | Commerce and Industry Ins Co | | 5/13/2008 0:00 | 6/11/2008 0:00 | |
| 65 | MT | 40502385 | W058507 | Commercial Compensation Ins | 8/30/2007 0:00 | | 7/25/2008 0:00 11/3/2008@120,063.60@231.65 | |
| 66 | SS | 00228271 | W373005 | Consolidated Edison Co of NY | 9/25/2007 0:00 | | 10/24/2007 0:00 | |
| 67 | LM | 00350101 | W373005 | Consolidated Edison Co of NY | | 7/2/2008 0:00 | 10/24/2007 0:00 | |
| 68 | DK | 00400072 | W373005 | Consolidated Edison Co of NY | 5/20/2008 0:00 | | 6/2/2008 0:00 | |
| 69 | SS | 00516829 | W373005 | Consolidated Edison Co of NY | 9/27/2007 0:00 | | | |
| 70 | SB | 40610559 | W063002 | Continental Casualty Company | | 8/4/2008 0:00 | 11/18/2008@283,468.44@400 | |
| 71 | SB | 40610559 | W063002 | Continental Casualty Company | 1/18/2008 0:00 | | 7/22/2008 0:00 | |
| 72 | JB | 60710681 | W063002 | Continental Casualty Company | | 5/23/2008 0:00 | 8/27/08@252,673.32@500.00 | |
| 73 | JB | 60710681 | W063002 | Continental Casualty Company | 3/27/2008 0:00 | | | |
| 74 | TM | 69707415 | W063002 | Continental Casualty Company | | 9/25/2007 0:00 | 1/30/2008@ 151,715.07 @ $243.75 | |
| 75 | TM | 69707415 | W063002 | Continental Casualty Company | 8/20/2007 0:00 | | 9/19/2007 0:00 | |
| 76 | LF | 69803218 | W063002 | Continental Casualty Company | 6/3/2008 0:00 | | 6/27/2008 0:00 | |
| 77 | LF | 69803218 | W063002 | Continental Casualty Company | | 4/2/2008 0:00 | 6/27/2008 0:00 11/3/2008@36,460.54@64.10 | |
| 78 | RG | 70501889 | W063002 | Continental Casualty Company | 4/2/2008 0:00 | | 4/30/2008 0:00 | |
| 79 | LF | 89903074 | W063002 | Continental Casualty Company | | 6/11/2008 0:00 | 7/11/2008 0:00 | |
| 80 | KP | 00426005 | W064000 | Continental Loss Adj | 2/12/2008 0:00 | | | |

Report of Board Decisions Containing Standard Language Directing ATF Deposits

| # | Claimant's Initials | CASE_ID | CARRIER_ID | CARRIER_NAME | Duly Filed Date with ATF/DIRECT | Duly Filed Date with ATF/CAL | First RB-89 Date After Decision | ATF/CAL Data |
|---|---|---|---|---|---|---|---|---|
| 81 | CT | 69702700 | W064000 | Continental Loss Adj | 3/17/2008 0:00 | | 4/17/2008 0:00 | |
| 82 | CT | 69702700 | W064000 | Continental Loss Adj | | 5/1/2008 0:00 | 6/2/2008 0:00 | 9/26/08@59,889.33@102.66 |
| 83 | TK | 70013276 | W076004 | Employers Ins. Co. of Wausau | 6/16/2008 0:00 | | 7/15/2008 0:00 | |
| 84 | DD | 705088896 | W076004 | Employers Ins. Co of Wausau | 6/9/2008 0:00 | | 7/9/2008 0:00 | |
| 85 | JH | 602110114 | W076889 | Erie Insurance Company | 12/5/2007 0:00 | | 5/9/2008 0:00 | |
| 86 | SB | 702033955 | W076889 | Erie Insurance Company | 2/22/2008 0:00 | | 6/5/2008 0:00 | |
| 87 | RR | 80507452 | W076889 | Erie Insurance Company | 6/25/2008 0:00 | | | |
| 88 | BL | 90505752 | W076889 | Erie Insurance Company | 1/10/2008 0:00 | | 1/31/2008 0:00 | |
| 89 | GC | 60201001 | W082002 | Federated Mutual Ins. Co. | 1/28/2008 0:00 | | 2/27/2008 0:00 | |
| 90 | DT | 00359676 | W084503 | Fidelity & Guaranty Ins Co | 5/21/2008 0:00 | | | |
| 91 | JM | 80601039 | W084503 | Fidelity & Guaranty Ins Co | 10/9/2007 0:00 | 11/8/2007 0:00 | | |
| 92 | TP | F8050076 | W085500 | Fire Districts of New York | 9/18/2007 0:00 | | | |
| 93 | TP | F8050076 | W085500 | Fire Districts of New York | | 7/15/2008 0:00 | | 11/21/08@589,110.72@887.00 |
| 94 | WL | F8060001 | W085500 | Fire Districts of New York | 3/25/2008 0:00 | | 6/13/2008 0:00 | |
| 95 | TM | 20009354 | W091003 | Gen. Acc. Ins. Co. of America | | 11/2/2007 0:00 | 6/18/2008 0:00 | 11/19/07@251,679.51@800 |
| 96 | RK | 67611632 | W091003 | Gen. Acc. Ins. Co. of America | | 4/17/2008 0:00 | 9/21/2007 0:00 | 7/29/08@26,616.37@95.00 |
| 97 | MH | 90205720 | W099006 | Graphic Arts Mutual Ins. Co. | 5/19/2008 0:00 | | 6/18/2008 0:00 | |
| 98 | RA | 69900588 | W100002 | Great American Insurance Co. | 8/22/2007 0:00 | | 1/9/2008 0:00 | |
| 99 | HL | 00447640 | W101000 | Greater New York Mutual | 12/11/2007 0:00 | | 12/24/2007 0:00 | |
| 100 | SS | 60310353 | W156509 | Harleysville Ins Co. of NY | | 5/22/2008 0:00 | 6/19/2008 0:00 | 8/1/08@138,077.69@162.22 |
| 101 | JG | 05546468 | W105001 | Hartford Accident & Indemnity | 6/17/2008 0:00 | | 7/17/2008 0:00 | |
| 102 | AR | 00615869 | W105001 | Hartford Accident & Indemnity | 5/16/2008 0:00 | | 6/16/2008 0:00 | |
| 103 | RF | 40511022 | W105001 | Hartford Accident & Indemnity | 4/29/2008 0:00 | | 5/27/2008 0:00 | |
| 104 | MD | 60402096 | W105001 | Hartford Accident & Indemnity | 8/22/2007 0:00 | | 12/24/2007 0:00 | |
| 105 | BD | 60406794 | W105001 | Hartford Accident & Indemnity | 11/20/2007 0:00 | 4/16/2008 0:00 | 5/5/2008 0:00 | 8/15/2008@244,118.93@319.76 |
| 106 | BD | 60406794 | W105001 | Hartford Accident & Indemnity | 8/13/2008 0:00 | | | |
| 107 | KP | 607003586 | W105001 | Hartford Accident & Indemnity | 6/13/2008 0:00 | | 7/11/2008 0:00 | |
| 108 | WM | 80008350 | W105001 | Hartford Accident & Indemnity | 9/10/2007 0:00 | | 10/5/2007 0:00 | |
| 109 | JD | 80115377 | W105001 | Hartford Accident & Indemnity | 8/22/2007 0:00 | | | |
| 110 | RH | 80211164 | W105001 | Hartford Accident & Indemnity | 8/8/2007 0:00 | | | |
| 111 | MH | 80308727 | W105001 | Hartford Accident & Indemnity | | 5/5/2008 0:00 | 5/30/2008 0:00 | 9/29/08@116,381.06@220.60 |
| 112 | JM | 80502035 | W105001 | Hartford Accident & Indemnity | 8/3/2007 0:00 | | 9/4/2007 0:00 | |
| 113 | SC | 80506939 | W106504 | Hartford Fire Insurance Co | 8/28/2007 0:00 | | 9/27/2007 0:00 | |
| 114 | SG | 60602112 | W450753 | Healthcare Underwriters Mutual | 1/11/2008 0:00 | | 2/11/2008 0:00 | |
| 115 | TT | 79400404 | W110506 | Home Ins Co of Indiana | 3/3/2008 0:00 | | 4/1/2008 0:00 | |
| 116 | KM | 00124050 | W112254 | Illinois National Ins Co | 1/18/2008 0:00 | | 2/19/2008 0:00 | |
| 117 | LJ | 00157927 | W112254 | Illinois National Ins Co | 10/23/2007 0:00 | | 11/20/2007 0:00 | |
| 118 | TS | 00325067 | W112254 | Illinois National Ins Co | 3/5/2008 0:00 | | 4/4/2008 0:00 | |
| 119 | SS | 00418835 | W112254 | Illinois National Ins Co | 9/13/2007 0:00 | | 10/12/2007 0:00 | |
| 120 | JC | 00535272 | W112254 | Illinois National Ins Co | 4/25/2008 0:00 | | 5/22/2008 0:00 | |
| 121 | TR | 00739279 | W112254 | Illinois National Ins Co | | 5/22/2008 0:00 | 6/18/2008 0:00 | 10/31/08 @ 80838.11 @ 100 |
| 122 | JP | 40510102 | W112254 | Illinois National Ins Co | | | | |

Report of Board Decisions Containing Standard Language Directing ATF Deposits

| | Claimant's Initials | CASE_ID | CARRIER_ID | CARRIER_NAME | Duly Filed Date with ATF/DIRECT | Duly Filed Date with ATF/CAL | First RB-89 Date After Decision | ATF/CAL Data |
|---|---|---|---|---|---|---|---|---|
| 123 | IS | 40510555 | W112254 | Illinois National Ins Co | 5/22/2008 0:00 | 5/30/2008 0:00 | | |
| 124 | EC | 60201251 | W112254 | Illinois National Ins Co | 4/21/2008 0:00 | 4/28/2008 0:00 | 9/26/08 @82,766.27 @100 | |
| 125 | EC | 60201251 | W112254 | Illinois National Ins Co | 3/11/2008 0:00 | | 4/10/2008 0:00 | 7/29/08@172,334.49@215.70 |
| 126 | DP | 60409232 | W112254 | Illinois National Ins Co | | 8/19/2008 0.00 | | |
| 127 | DP | 60409232 | W112254 | Illinois National Ins Co | | | | 12/15/2008@102,683.89@212.50 |
| 128 | MM | 60410079 | W112254 | Illinois National Ins Co | 4/16/2008 0:00 | | 6/26/2008 0:00 | 9/18/08@297,108.03@400.00 |
| 129 | MM | 60410079 | W112254 | Illinois National Ins Co | 11/2/2007 0:00 | | 6/26/2008 0:00 | |
| 130 | CB | 70405709 | W112254 | Illinois National Ins Co | 3/12/2008 0:00 | | 4/11/2008 0:00 | |
| 131 | JD | 70605946 | W112254 | Illinois National Ins Co | 6/6/2008 0:00 | | 6/23/2008 0:00 | |
| 132 | JJ | 80411859 | W112254 | Illinois National Ins Co | 8/17/2007 0:00 | | 2/29/2008 0:00 | |
| 133 | MM | 00512322 | W112502 | Indemnity Ins. of N America | 12/12/2007 0:00 | | 1/9/2008 0:00 | |
| 134 | FS | 00531631 | W112502 | Indemnity Ins of N America | 12/4/2007 0:00 | 4/17/2008 0:00 | 12/31/2007 0:00 | 9/18/08@244,512.11@400.00 |
| 135 | DC | 60505952 | W112502 | Indemnity Ins. of N America | | | 4/24/2008 0:00 | |
| 136 | WS | 70503015 | W112502 | Indemnity Ins. of N America | 8/3/2007 0:00 | | 8/29/2007 0:00 | |
| 137 | RA | 70505615 | W112502 | Indemnity Ins. of N America | 8/6/2007 0:00 | | 9/5/2007 0:00 | |
| 138 | SB | 80508362 | W112502 | Indemnity Ins. of N America | 2/12/2008 0:00 | | 3/12/2008 0:00 | |
| 139 | LP | 00441097 | W112254 | Illinois National Ins Co | 8/17/2007 0:00 | | 9/6/2007 0:00 | |
| 140 | LN | 00525097 | W117006 | Ins Co of State of Penn | 7/1/2008 0:00 | | | |
| 141 | LN | 00525097 | W117006 | Ins Co of State of Penn | | 7/10/2008 0:00 | 7/9/2008 0:00 | 11/21/2008@221,044.21@392.64 |
| 142 | MB | 00539292 | W117006 | Ins Co of State of Penn | 6/13/2008 0:00 | 5/23/2008 0:00 | 6/30/2008 0:00 | 9/26/2008@113,265.30@406.60 |
| 143 | DC | 40504849 | W117006 | Ins Co of State of Penn | | | 6/30/2008 0:00 | |
| 144 | RB | 50514778 | W117006 | Ins Co of State of Penn | 6/5/2008 0:00 | | 6/30/2008 0:00 | |
| 145 | RB | 50514778 | W117006 | Ins Co of State of Penn | | 6/18/2008 0:00 | | 11/3/08@33031.55@57.87 |
| 146 | WH | 60411195 | W117006 | Ins Co of State of Penn | 2/6/2008 0:00 | | 3/7/2008 0:00 | |
| 147 | BL | 80014779 | W117006 | Ins Co of State of Penn | 12/5/2007 0:00 | | 1/3/2008 0:00 | |
| 148 | HH | 80302853 | W117006 | Ins Co of State of Penn | 4/22/2008 0:00 | | 5/23/2008 0:00 | |
| 149 | JR | 70060080 | W116008 | Insurance Co of North America | 3/7/2008 0:00 | | 4/2/2008 0:00 | |
| 150 | WS | 60202149 | W148506 | Legion Insurance Company | 9/27/2007 0:00 | | 10/26/2007 0:00 | |
| 151 | AP | 60409045 | W831002 | Lewis County Self-Ins Plan | 1/17/2008 0:00 | | | |
| 152 | DM | 90406024 | W123251 | Liberty Insurance Corp. | 2/19/2008 0:00 | | 3/13/2008 0:00 | |
| 153 | RC | 00310010 | W124002 | Liberty Mutual Insurance Co | 4/7/2008 0:00 | | 5/6/2008 0:00 | |
| 154 | JP | 00433966 | W124002 | Liberty Mutual Insurance Co | 12/11/2007 0:00 | | | |
| 155 | MB | 00440292 | W124002 | Liberty Mutual Insurance Co | | 7/1/2008 0:00 | 7/22/2008 0:00 | 11/18/2008@52,742.99@104.66 |
| 156 | RB | 00543599 | W124002 | Liberty Mutual Insurance Co | 7/11/2008 0:00 | | | |
| 157 | AA | 09219102 | W124002 | Liberty Mutual Insurance Co | 12/28/2007 0:00 | | 1/24/2008 0:00 | |
| 158 | JA | 09857069 | W124002 | Liberty Mutual Insurance Co | 12/19/2007 0:00 | | | |
| 159 | SV | 20600104 | W124002 | Liberty Mutual Insurance Co | | 7/8/2008 0:00 | | 11/7/08@86,449.05@135.00 |
| 160 | SW | 40005864 | W124002 | Liberty Mutual Insurance Co | | 7/18/2008 0:00 | | 11/21/08@173,395.14@200 |
| 161 | SC | 40506146 | W124002 | Liberty Mutual Insurance Co | | 7/14/2008 0:00 | | 11/21/08@173395.14@200 |
| 162 | SC | 40506146 | W124002 | Liberty Mutual Insurance Co | 9/4/2007 0:00 | | | |
| 163 | WA | 50701383 | W124002 | Liberty Mutual Insurance Co | 6/27/2008 0:00 | 7/28/2008 0:00 | 7/28/2008 0:00 | |
| 164 | ML | 60206230 | W124002 | Liberty Mutual Insurance Co | | | | |

Report of Board Decisions Containing Standard Language Directing ATF Deposits

| Claimant's Initials | CASE_ID | CARRIER_ID | CARRIER_NAME | Duly Filed Date with ATF/DIRECT | Duly Filed Date with ATF/CAL | First RB-89 Date After Decision | ATF/CAL Data |
|---|---|---|---|---|---|---|---|
| MI | 60206230 | W124002 | Liberty Mutual Insurance Co | | 7/10/2008 0:00 | 7/28/2008 0:00 | 11/21/08@76,447.70@125.90 |
| RC | 60209000 | W124002 | Liberty Mutual Insurance Co | | 4/14/2008 0:00 | 07/29/2008@188,782.84@331.83 |
| RC | 60209000 | W124002 | Liberty Mutual Insurance Co | 10/31/2007 0:00 | | | |
| RT | 60300059 | W124002 | Liberty Mutual Insurance Co | | 4/8/2008 0:00 | 8/1/08@240,870.03@400.00 |
| LN | 60500006 | W124002 | Liberty Mutual Insurance Co | 9/14/2007 0:00 | | | |
| DI | 60501893 | W124002 | Liberty Mutual Insurance Co | 10/15/2007 0:00 | 4/16/2008 0:00 | 5/1/2008 0:00 | 8/19/2008@240,107.85@291.32 |
| DO | 60502545 | W124002 | Liberty Mutual Insurance Co | 10/29/2007 0:00 | | 11/14/2007 0:00 | |
| JD | 60507221 | W124002 | Liberty Mutual Insurance Co | 9/7/2007 0:00 | | 10/9/2007 0:00 | |
| JJ | 60606483 | W124002 | Liberty Mutual Insurance Co | 5/8/2008 0:00 | | 6/17/2008 0:00 | |
| AN | 60700032 | W124002 | Liberty Mutual Insurance Co | | 5/22/2008 0:00 | 6/17/2008 0:00 | 8/10/08@125,521.66@230.78 |
| AN | 60700032 | W124002 | Liberty Mutual Insurance Co | 9/12/2007 0:00 | | 10/29/2007 0:00 | |
| LG | 69805931 | W124002 | Liberty Mutual Insurance Co | 3/13/2008 0:00 | | 5/29/2008 0:00 | |
| SH | 70503679 | W124002 | Liberty Mutual Insurance Co | 4/29/2008 0:00 | | 5/29/2008 0:00 | |
| MB | 70507490 | W124002 | Liberty Mutual Insurance Co | 8/8/2008 0:00 | | | |
| JS | 70609339 | W124002 | Liberty Mutual Insurance Co | 6/13/2008 0:00 | | 6/30/2008 0:00 | |
| DC | 90305480 | W124002 | Liberty Mutual Insurance Co | 12/10/2007 0:00 | | 12/27/2007 0:00 | |
| AA | 90501885 | W124002 | Liberty Mutual Insurance Co | 5/21/2008 0:00 | | 6/18/2008 0:00 | |
| WY | 90501945 | W124002 | Liberty Mutual Insurance Co | 7/8/2008 0:00 | | | |
| RA | 00402526 | W499073 | Limited Brands, Inc. | | | | |
| RC | 58824366 | W134001 | Maryland Casualty Company | 9/12/2007 0:00 | 5/29/2008 0:00 | 10/15/2008@169,268.35@300.00 |
| RP | 00020216 | W213003 | MetLife Insurance Co. of CT | 12/10/2007 0:00 | | 1/7/2008 0:00 | |
| WL | 40002803 | W213003 | MetLife Insurance Co. of CT | 10/2/2007 0:00 | | | |
| JH | 60014406 | W213003 | MetLife Insurance Co. of CT | 10/22/2007 0:00 | 4/14/2008 0:00 | 10/01/2008@77,323.06@106.67 |
| AF | 60306927 | W213003 | MetLife Insurance Co. of CT | 10/26/2007 0:00 | | | |
| GT | 60309862 | W213003 | MetLife Insurance Co. of CT | 9/20/2007 0:00 | | 10/19/2007 0:00 | |
| DR | 60406518 | W213003 | MetLife Insurance Co. of CT | 8/4/2008 0:00 | | | |
| PJ | 69704784 | W213003 | MetLife Insurance Co. of CT | 6/30/2008 0:00 | | 7/21/2008 0:00 | |
| AD | 70203672 | W213003 | MetLife Insurance Co. of CT | 8/8/2007 0:00 | | 8/29/2007 0:00 | |
| RH | 70204062 | W213003 | MetLife Insurance Co. of CT | 7/31/2007 0:00 | | 8/29/2007 0:00 | |
| MB | 80017160 | W213003 | MetLife Insurance Co. of CT | 11/6/2007 0:00 | | 12/5/2007 0:00 | |
| DM | 80212586 | W213003 | MetLife Insurance Co. of CT | 7/26/2007 0:00 | | 8/27/2007 0:00 | |
| LH | 80601125 | W213003 | MetLife Insurance Co. of CT | 8/5/2008 0:00 | | | |
| MF | 40401626 | W147003 | National Fire Insurance Co. | 2/1/2008 0:00 | | 2/14/2008 0:00 | |
| RP | 60000875 | W150007 | National Union Fire Ins. Co. | 10/9/2007 0:00 | | | |
| BS | 60104778 | W150007 | National Union Fire Ins. Co. | 5/1/2008 0:00 | 6/27/2008 0:00 | 11/18/08@192,198.56@246.80 |
| AS | 70505499 | W150007 | National Union Fire Ins. Co. | 3/14/2008 0:00 | | 5/30/2008 0:00 | |
| JZ | 80406774 | W150007 | National Union Fire Ins. Co. | 7/24/2007 0:00 | | 4/11/2008 0:00 | |
| JS | 80408901 | W150007 | National Union Fire Ins. Co. | 1/9/2008 0:00 | | 8/22/2007 0:00 | |
| HM | 00152898 | W154009 | New Hampshire Insurance Co | | | 2/5/2008 0:00 | |
| GF | 00322019 | W154009 | New Hampshire Insurance Co | 7/29/2008 0:00 | | | |
| HR | 00506256 | W154009 | New Hampshire Insurance Co | 6/20/2008 0:00 | | 7/17/2008 0:00 | |

Report of Board Decisions Containing Standard Language Directing ATF Deposits

| | Claimant's Initials | CASE_ID | CARRIER_ID | CARRIER_NAME | Duly Filed Date with ATF/DIRECT | Duly Filed Date with ATF/CAL | First RB-89 Date After Decision | ATF/CAL Data |
|---|---|---|---|---|---|---|---|---|
| 207 | JT | 50116789 | W154009 | New Hampshire Insurance Co | 8/20/2007 0:00 | | 9/19/2007 0:00 | |
| 208 | JT | 50116789 | W154009 | New Hampshire Insurance Co | | | 08/10/2008@300,373.44@382.21 | |
| 209 | RV | 60403860 | W154009 | New Hampshire Insurance Co | 4/10/2008 0:00 | | 5/22/2008 0:00 | |
| 210 | RC | 60407517 | W154009 | New Hampshire Insurance Co | 7/24/2008 0:00 | | | |
| 211 | RC | 60407517 | W154009 | New Hampshire Insurance Co | | | 11/21/08@49,594.22@68.03 | |
| 212 | SR | 60502702 | W154009 | New Hampshire Insurance Co | 5/5/2008 0:00 | 5/21/2008 0:00 | 6/4/2008 0:00 | |
| 213 | MK | 60503664 | W154009 | New Hampshire Insurance Co | | 6/4/2008 0:00 | 7/31/2008@219,188.94@400.00 | |
| 214 | RC | 60601239 | W154009 | New Hampshire Insurance Co | 9/24/2007 0:00 | 5/13/2008 0:00 | 5/14/2008 0:00 | |
| 215 | TM | 60608580 | W154009 | New Hampshire Insurance Co | 11/2/2007 0:00 | | 12/3/2007 0:00 | 8/27/2008@321,578.84@394.72 |
| 216 | MR | 70700666 | W154009 | New Hampshire Insurance Co | 6/3/2008 0:00 | | 10/24/2007 0:00 | |
| 217 | LF | 60503444 | W549885 | New Venture Gear Inc. | 3/27/2008 0:00 | | 6/30/2008 0:00 | 8/19/08@278,582.70@340.00 |
| 218 | RR | 60400016 | W165005 | Ohio Casualty Insurance Co | 4/17/2008 0:00 | 5/19/2008 0:00 | 5/19/2008 0:00 | 8/27/08@220,139.64@394.07 |
| 219 | RR | 60400016 | W165005 | Ohio Casualty Insurance Co | 4/8/2008 0:00 | 5/13/2008 0:00 | 5/7/2008 0:00 | |
| 220 | ER | 70503985 | W165005 | Ohio Casualty Insurance Co | 4/15/2008 0:00 | | 4/30/2008 0:00 | |
| 221 | FM | 405066556 | W166003 | Old Republic Insurance Co. | 4/8/2008 0:00 | 8/20/2008 0:00 | 5/1/2008 0:00 | December 15, 2008 @ $114,215.63 |
| 222 | MW | 605088800 | W166003 | Old Republic Insurance Co. | 8/29/2007 0:00 | | 4/24/2008 0:00 | @$140.00 |
| 223 | WS | 805026671 | W166003 | Old Republic Insurance Co. | 8/5/2008 0:00 | | 9/28/2007 0:00 | |
| 224 | LM | 405055771 | W167001 | Pacific Employers Ins. Co. | 2/1/2008 0:00 | | 2/28/2008 0:00 | |
| 225 | MB | 60311912 | W167001 | Pacific Employers Ins. Co. | 5/9/2008 0:00 | 4/9/2008 0:00 | 5/9/2008 0:00 | 8/1/2008@$329,244.03@$400.00 |
| 226 | MB | 60311912 | W167001 | Pacific Employers Ins. Co. | 7/9/2008 0:00 | | 5/28/2008 0:00 | |
| 227 | MS | 70303713 | W167001 | Pacific Employers Ins. Co. | 8/3/2007 0:00 | | 6/11/2008 0:00 | |
| 228 | BM | 80601325 | W167001 | Pacific Employers Ins. Co. | 3/27/2008 0:00 | | 4/25/2008 0:00 | |
| 229 | FW | 99501314 | W167001 | Pacific Indemnity Company | 9/10/2007 0:00 | | 5/7/2008 0:00 | 7/31/08@24414.61@34.52 |
| 230 | RW | 90100349 | W168009 | Peerless Insurance Company | 9/17/2007 0:00 | 4/15/2008 0:00 | 10/17/2007 0:00 | |
| 231 | DM | 89910686 | W170005 | Pennsylvania Manufacturers' | 6/2/2008 0:00 | | 6/20/2008 0:00 | 11/1/08@106,752.35@145.58 |
| 232 | JB | 60208542 | W173009 | Pennsylvania Manufacturers' | 2/13/2008 0:00 | 6/12/2008 0:00 | 6/20/2008 0:00 | |
| 233 | MG | 66407739 | W173009 | Pennsylvania Manufacturers' | 7/30/2007 0:00 | | 3/7/2008 0:00 | |
| 234 | KL | 60505820 | W173009 | Princeton Insurance Co. | 1/18/2008 0:00 | | 2/19/2008 0:00 | |
| 235 | KL | 60505820 | W173009 | Provider Agency Trust for | 4/23/2008 0:00 | | | |
| 236 | LM | 00200326 | W179758 | Reliance National Indemnity Co | | | | |
| 237 | TP | 80309922 | W573752 | Rochdale Insurance Company | | 7/9/2008 0:00 | | 11/07/2008@269,249.74@332.50 |
| 238 | MC | 00021038 | W178008 | Royal Insurance Co of America | 6/2/2008 0:00 | | | |
| 239 | EO | 09540206 | W187637 | Royal Insurance Co of America | 9/6/2007 0:00 | | | |
| 240 | JC | 40607193 | W188502 | Royal Insurance Co of America | 8/19/2008 0:00 | | 6/10/2008 0:00 | 10/06/08@202,487.54@330.36 |
| 241 | JM | 08940196 | W190003 | Royal Insurance Co of America | | | | |
| 242 | JF | 40312236 | W190003 | Salvation Army | | | 5/21/2008 0:00 | 08/27/08@46,675.66@65.00 |
| 243 | LE | 80312322 | W190003 | Salvation Army | 8/23/2007 0:00 | 5/23/2008 0:00 | | |
| 244 | RG | 99506650 | W190003 | Selective Insurance Company | | | | |
| 245 | WE | 68010806 | W600001 | | | | | |
| 246 | WE | 68010806 | W600001 | | | | | 10/6/08 @ 315,938.66 @ 400.00 |
| 247 | JD | 90504479 | W198253 | | | | | |

Report of Board Decisions Containing Standard Language Directing ATF Deposits

| # | Claimant's Initials | CASE_ID | CARRIER_ID | CARRIER_NAME | Duly Filed Date with ATF/DIRECT | Duly Filed Date with ATF/CAL | First RB-89 Date After Decision | ATF/CAL Data |
|---|---|---|---|---|---|---|---|---|
| 248 | DM | 60204759 | W198386 | Selective Way Ins Co | 9/11/2007 0:00 | | 10/11/2007 0:00 | |
| 249 | JR | 00160326 | W200000 | Sentry Insurance A Mutual Co | 7/26/2007 0:00 | | 8/17/2007 0:00 | |
| 250 | PP | 40608693 | W521504 | Special Trades, Contracting & | | 5/28/2008 0:00 | | 10/06/2008@189,706.84@225.00 |
| 251 | JW | 70207217 | W194005 | St Paul Fire & Marine Ins Co | 12/20/2007 0:00 | | | |
| 252 | TW | 70304148 | W194005 | St Paul Fire & Marine Ins Co | 11/30/2007 0:00 | | | |
| 253 | WA | 89508678 | W202501 | Star Insurance Company | 8/1/2008 0:00 | | 6/4/2008 0:00 | |
| 254 | MM | 00002958 | W204002 | State Insurance Fund | 12/11/2007 0:00 | | | |
| 255 | DY | 90402313 | W207500 | Tokio Marine & Fire Ins Co | 3/13/2008 0:00 | | | |
| 256 | VM | 20205146 | W208003 | Transamerica Ins. c/o TIG Ins. | | 5/22/2008 0:00 | 6/18/2008 0:00 | 10/31/08 @ 246,045.00@385 |
| 257 | DE | 60202980 | W208003 | Transamerica Ins. c/o TIG Ins. | 9/19/2007 0:00 | | 10/10/2007 0:00 | |
| 258 | MM | 80104592 | W208003 | Transamerica Ins. c/o TIG Ins. | 4/24/2008 0:00 | | 4/25/2008 0:00 | |
| 259 | EO | 00345251 | W209001 | Transcontinental Ins Co | 10/18/2007 0:00 | | 11/10/2007 0:00 | |
| 260 | OL | 00406649 | W209001 | Transcontinental Ins Co | 8/12/2008 0:00 | | | |
| 261 | DH | 90100128 | W209001 | Transcontinental Ins Co | 8/28/2007 0:00 | | 9/20/2007 0:00 | |
| 262 | MK | 40600578 | W648885 | Transportation Industry Trust | | 4/14/2008 0:00 | 5/15/2008 0:00 | 7/16/2008@205499.01@400.00 |
| 263 | MK | 40600578 | W648885 | Transportation Industry Trust | | 4/14/2008 0:00 | 5/15/2008 0:00 | 7/16/2008@205499.01@400.00 |
| 264 | SW | 40706260 | W648885 | Transportation Industry Trust | | 7/2/2008 0:00 | 7/29/2008 0:00 | 11/3/2008@234,300.01@345.72 |
| 265 | DO | 40110343 | W211007 | Transportation Insurance Co. | 1/18/2008 0:00 | | 2/17/2008 0:00 | |
| 266 | PM | 40305541 | W211007 | Transportation Insurance Co. | 1/29/2008 0:00 | | 2/7/2008 0:00 | |
| 267 | PC | 60503980 | W211007 | Transportation Insurance Co. | 12/19/2007 0:00 | | 1/17/2008 0:00 | |
| 268 | CW | 80106462 | W211007 | Transportation Insurance Co. | 3/17/2008 0:00 | | 4/11/2008 0:00 | |
| 269 | KR | 00449904 | W212252 | Travelers Indemnity Company | 3/7/2008 0:00 | | 4/7/2008 0:00 | |
| 270 | RZ | 20603512 | W212252 | Travelers Indemnity Company | 4/7/2008 0:00 | | 5/6/2008 0:00 | |
| 271 | JB | 20605460 | W212252 | Travelers Indemnity Company | | 5/27/2008 0:00 | 6/25/2008 0:00 | 10/06/2008@220,217.30@400 |
| 272 | JA | 40502745 | W212757 | Travelers Indemnity Company | | 4/11/2008 0:00 | 5/12/2008 0:00 | 5/16/08@286,050.57@375 |
| 273 | PL | 40705922 | W212252 | Travelers Indemnity Company | | 4/22/2008 0:00 | 5/21/2008 0:00 | |
| 274 | AC | 80408160 | W212252 | Travelers Indemnity Company | | 3/14/2008 0:00 | 4/11/2008 0:00 | |
| 275 | CJ | 40504418 | W215008 | Twin City Fire Ins Co. | | 5/23/2008 0:00 | 9/26/2008@259,038.66@400 | |
| 276 | TM | 70401612 | W215008 | Twin City Fire Ins Co. | 6/16/2008 0:00 | | 7/16/2008 0:00 | |
| 277 | KH | 90000806 | W219000 | United Pacific Insurance Co. | 4/7/2008 0:00 | | | |
| 278 | SG | 60702263 | W222004 | Utica Mutual Insurance Co. | 1/15/2008 0:00 | | | |
| 279 | NH | 69518166 | W222004 | Utica Mutual Insurance Co. | 12/28/2007 0:00 | | 6/5/2008 0:00 | 7/29/08@52,793.02@90.00 |
| 280 | RB | 00615950 | W224000 | Valley Forge Insurance Co. | 8/30/2007 0:00 | | 9/26/2007 0:00 | |
| 281 | BW | 60201575 | W224000 | Valley Forge Insurance Co. | | 8/15/2008 0:00 | | |
| 282 | BW | 60201575 | W224000 | Valley Forge Insurance Co. | | 9/12/2007 0:00 | 10/12/2007 0:00 | 12/22/08 @ 119,455.80 @ 154.07 |
| 283 | LK | 60308100 | W225007 | Vigilant Insurance Company | | 5/13/2008 0:00 | | |
| 284 | GL | 00448974 | W225007 | Vigilant Insurance Company | 2/4/2008 0:00 | | 3/5/2008 0:00 | 8/27/08 @216,159.59 @ 400.00 |
| 285 | RM | 70606930 | W225254 | Virginia Surety Company | 1/7/2008 0:00 | | 1/28/2008 0:00 | |
| 286 | AB | 60510285 | W225254 | Virginia Surety Company | 11/2/2007 0:00 | | 2/6/2008 0:00 | |
| 287 | WF | 60701413 | W225254 | Virginia Surety Company | | | | |
| 288 | WF | 60701413 | W225254 | Virginia Surety Company | | 5/21/2008 0:00 | | 09/26/08@182,741.36@400.00 |
| 289 | RR | 70408506 | W225254 | Virginia Surety Company | | 6/9/2008 0:00 | 7/1/2008 0:00 | |

Report of Board Decisions Containing Standard Language Directing ATF Deposits

| | Claimant's Initials | CASE_ID | CARRIER_ID | CARRIER_NAME | Duly Filed Date with ATF/DIRECT | Duly Filed Date with ATF/CAL | First RB-89 Date After Decision | ATF/CAL Data |
|---|---|---|---|---|---|---|---|---|
| 290 | AM | 00345035 | W662639 | Waldbaum's, Inc. | 4/3/2008 0:00 | | 5/2/2008 0:00 | |
| 291 | JM | 09375670 | W662639 | Waldbaum's, Inc. | 4/23/2008 0:00 | | | |
| 292 | LS | 80506486 | W662191 | WNY Hosp Rsk Mgmt Group | 7/24/2008 0:00 | | | |
| 293 | MJ | 60008309 | W228001 | Zurich American Insurance Co. | 9/25/2007 0:00 | | 5/1/2008 0:00 | |
| 294 | MJ | 60008309 | W228001 | Zurich American Insurance Co. | | 4/16/2008 0:00 | 5/1/2008 0:00 | 9/18/2008@34,781.15@50.67 |
| 295 | JC | 60213397 | W228001 | Zurich American Insurance Co. | 10/31/2007 0:00 | | | |
| 296 | JA | 60301700 | W228001 | Zurich American Insurance Co. | | 5/21/2008 0:00 | | 08/27/08@284,355.40@400.00 |
| 297 | JA | 60301700 | W228001 | Zurich American Insurance Co. | 10/5/2007 0:00 | | 10/19/2007 0:00 | |
| 298 | TY | 60304962 | W228001 | Zurich American Insurance Co. | 10/23/2007 0:00 | | 11/21/2007 0:00 | |
| 299 | AK | 60412252 | W228001 | Zurich American Insurance Co. | 1/29/2008 0:00 | | 2/14/2008 0:00 | |
| 300 | DH | 60412409 | W228001 | Zurich American Insurance Co. | 2/13/2008 0:00 | | 3/14/2008 0:00 | |
| 301 | LA | 60510411 | W228001 | Zurich American Insurance Co. | | 5/6/2008 0:00 | 6/4/2008 0:00 | 7/29/08@264,286.46@400.00 |
| 302 | LA | 60510411 | W228001 | Zurich American Insurance Co. | 10/30/2007 0:00 | | 6/4/2008 0:00 | |
| 303 | RL | 60511064 | W228001 | Zurich American Insurance Co. | 8/21/2008 0:00 | | | |
| 304 | JR | 70301532 | W228001 | Zurich American Insurance Co. | 5/30/2008 0:00 | | 6/27/2008 0:00 | |
| 305 | DD | 80206019 | W228001 | Zurich American Insurance Co. | 3/4/2008 0:00 | | 3/24/2008 0:00 | |
| 306 | PP | 80403844 | W228001 | Zurich American Insurance Co. | 4/8/2008 0:00 | | | |
| 307 | LW | 80405813 | W228001 | Zurich American Insurance Co. | 8/21/2008 0:00 | | | |
| 308 | KZ | 80405588 | W228001 | Zurich American Insurance Co. | 2/14/2008 0:00 | 5/20/2008 0:00 | 6/18/2008 0:00 | 8/27/08@170,096.40@245.35 |
| 309 | KZ | 80406588 | W228001 | Zurich American Insurance Co. | | | 6/18/2008 0:00 | |
| 310 | DR | 80508183 | W228001 | Zurich American Insurance Co. | 4/2/2008 0:00 | | 5/27/2008 0:00 | |
| 311 | DR | 80508183 | W228001 | Zurich American Insurance Co. | | 5/5/2008 0:00 | 5/27/2008 0:00 | 9/29/08@158,344.78@200.00 |
| 312 | KI | 80509304 | W228001 | Zurich American Insurance Co. | 8/19/2008 0:00 | | | |

# EXHIBIT H

Report on Status of Board Decision for ATF Deposit for PPD after 7/11/07
Liberty Mutual and Affiliate Cases

| WCB # | Date of Injury | Date of PPD Classification / ATF Deposit | Date of Decision Directing Dollar Amt of Deposit into ATF | Amount of Deposit | Date carrier ends payment to the claimant and ATF begins | Status |
|---|---|---|---|---|---|---|
| #83 7001 3276 TK | 7/21/00 | 6/16/08 | Discretionary Permanent Total Disability | $163,005.84 | 11/13/08 @ $262.50 (87.5% apportioned this file) | Appealed under WCL § 23 on issues of entitlement to relief under § 15(8), deposit not mandatory, retroactive application, and six months to extend § 32 offer. |
| #84 7050 8896 DD | 9/13/05 | 4/7/08 | Mandatory PPD Deposit | 6/20/08 | $100,496.35 | 11/3/08 @ $153.22 | Appealed under WCL 23 on issues of constitutionality, entitlement to relief under WCL § 15(8), and miscalculation of present value |
| # 152 9040 6024 DM | 11/12/04 | 2/19/08 | Mandatory PPD Deposit | | no calculation to date; payment @ $164.20/wk | Appealed under WCL § 23 on issues of retroactive application and speculative nature of future payments |
| #153 0031 0010 RC | 12/22/02 | 4/7/08 | Mandatory PPD Deposit | | no calculation to date; payment @ $256.84/wk | Appealed under WCL § 23 on issue of entitlement to relief under WCL § 15(8) |
| #154 0043 3966 JP | 6/11/04 | 4/8/08 | Mandatory PPD Deposit | | no calculation to date; payment @ $390.00/wk | No appeal under WCL § 23 filed |

Note: row for #84 has an extra value — date of decision 6/20/08 is in its own column.

# Report on Status of Board Decision for ATF Deposit for PPD after 7/11/07
## Liberty Mutual and Affiliate Cases

| Case # | Date of Accident | Date of Board Decision | Type | ATF Deposit | Status |
|---|---|---|---|---|---|
| #155 0044 0292 MB | 8/27/04 | 12/11/07 | Mandatory PPD Deposit | | No calculation to date; payments @ $400/wk | No appeal under WCL § 23 filed |
| #156 0054 3599 RB | 10/04/05 | 6/23/08 | Mandatory PPD Deposit | 7/1/08 | $52,742.99 | 11/18/2008 @ $104.66/wk | Appealed under WCL § 23 on issue of entitlement to relief under WCL § 15(8) |
| #157 0921 9102 AA | 1/31/92 | 7/11/08 | Discretionary Permanent Total Disability | | no calculation to date; payment @ $350/wk | Appealed under WCL § 23 on issue of permanent total disability as claimant was originally classified as PPD |
| #158 0985 7069 JA | 7/24/98 | 12/28/07 | Discretionary Permanent Total Disability | | no calculation to date; payment @ $400/wk | Appealed under WCL § 23 on issue of permanent total disability contending that claimant does not have a statutory total disability mandating a deposit |
| #159 2060 0104 SV | 12/8/05 | 12/19/07 | Mandatory PPD Deposit | | no calculation to date; payment @ $376.68/wk | Parties negotiated a Section 32 agreement for $200,000 which was approved by the Board in decision filed 7/11/08; deposit is **MOOT**. |

-2-

Report on Status of Board Decision for ATF Deposit for PPD after 7/11/07
Liberty Mutual and Affiliate Cases

| | | | | | |
|---|---|---|---|---|---|
| #160<br>4000 5864<br>SW | 5/31/00 | 6/10/08<br>Mandatory PPD Deposit | 7/8/08 | $86,449.05 | 11/7/08<br>@$135/wk | Appealed under WCL § 23 on potential Section 15(8) liability |
| #161 and 162<br>4050 6146<br>SC | 5/24/05 | 6/26/08<br>Mandatory PPD Deposit | 7/18/08 | $173,395.14 | 11/21/08<br>@ $200/wk | Appealed under WCL § 23 on issue of parties negotiating Section 32 agreement |
| #163<br>5070 1383<br>WA | 12/12/06 | 9/4/07<br>Death Case Discretionary Deposit | | no calculation to date; payment @ $400/wk to spouse and children | | Time to file an appeal under WCL § 23 has not expired. |
| #164 and 165<br>6020 6230<br>ML | 4/23/99 | 3/27/07 and 6/27/08<br>Mandatory PPD Deposit | 7/10/08 | $76,447.70 | 11/21/08<br>@$125.90/wk | Appealed under WCL § 23 on issue of retroactive application |
| #166 and 167<br>6020 9000<br>RC | 7/1/02 | 10/31/07<br>Mandatory PPD Deposit | 4/14/08 | $188,782.84 | 7/29/08<br>@331.83wk | PAID 4/21/08 |

-3-

**Report on Status of Board Decision for ATF Deposit for PPD after 7/11/07**
**Liberty Mutual and Affiliate Cases**

| | | | | | |
|---|---|---|---|---|---|
| #168<br>6030 0059<br>RT | 9/11/2002 | 10/10/07 | Permanent Total Disability – Discretionary Deposit | 4/8/08 | $240,870.03 | 8/1/08<br>@$400/wk | PAID on $240,870.03 |
| #169<br>6050 0006<br>LN | 12/13/04 | 9/14/07 | Mandatory PPD Deposit | | no calculation to date; payment @ $81.74/wk | | Appealed under WCL § 23 on issue of retroactive application, carrier is not a stock or mutual corporation, potential Section 15(8) liability |
| #170<br>6050 1893<br>DT | 2/2/05 | 10/26/07 | Mandatory PPD Deposit | 4/16/08 | $240,107.85 | 8/19/08<br>@$291.32 wk | Appealed under WCL § 23 on issue of retroactive application |
| #171<br>6050 2545<br>DW | 2/21/05 | 10/15/07 | Mandatory PPD Deposit | | no calculation to date; payment @ $300/wk | | Appealed under WCL § 23 on issue pending 15(8) application and retroactive application |
| #172<br>6050 7221<br>JD | 7/28/05 | 10/29/07 and 11/26/07 | Mandatory PPD Deposit | | no calculation to date; payment @ $233.34/wk | | Appealed under WCL § 123 on issue of applicability to a self-insured employer |

-4-

Report on Status of Board Decision for ATF Deposit for PPD after 7/11/07
Liberty Mutual and Affiliate Cases

| | | | | | |
|---|---|---|---|---|---|
| #173<br>6060 6483<br>JJ | 6/6/06 | 9/7/07<br>Mandatory<br>PPD Deposit | | no calculation to date; payment @ $348.89/wk | Appealed under WCL § 23 on issue of pending Section 15(8) claim; also argues application not appropriate to accident before 3/13/07 |
| #174 and 175<br>6070 0032<br>AN | 12/13/06 | 5/8/08<br>Mandatory<br>PPD Deposit | 5/22/08 | $125,521.66 | 8/10/08<br>@$230.78/wk | WCB Panel Decision filed 8/5/08; **MAJORITY** upheld ATF deposit finding that statute focuses on date of classification award, not date of accident; **DISSENT** would hold mandatory deposits apply only to dates of accident/disablement after 3/13/07.<br>A **DISSENT** mandates **FULL BOARD REVIEW** under WCL § 23.<br>Appealed under WCL § 23 on issue of retroactive application, due process and potential Section 15(8) liability |
| #176<br>6980 5931<br>LG | 8/15/97 | 9/12/07<br>Mandatory<br>PPD Deposit | 9/27/07 | $27,427.00 | 1/24/08<br>@ $40/wk | Appealed under WCL. § 23 but appeal was withdrawn by the carrier; deposit **PAID** on 3/13/08 |
| #177<br>7050 3679<br>SH | 2/24/05 | 3/13/08<br>Mandatory<br>PPD Deposit | 5/14/08 | $217,410.75 | 10/1/08<br>@$294.85 | Appealed under WCL § 23 but request that appeal be held in abeyance as parties are negotiating § 32 settlement |

**Report on Status of Board Decision for ATF Deposit for PPD after 7/11/07**
**Liberty Mutual and Affiliate Cases**

| | | | | |
|---|---|---|---|---|
| #178<br>7050 7490<br>MB | 8/1/05 | 4/29/08<br>Mandatory<br>PPD Deposit | 5/20/08 | $84,717.38 | 10/6/08<br>@$115.92/wk | Appealed under WCL § 23 on issue of retroactive application; future payment are speculative; pending Section 15(8) relief |
| #179<br>7060 9339<br>JS | 9/29/06 | 8/8/08<br>Mandatory<br>PPD Deposit | | no calculation to date; payment @ $400/wk | | Time to file an appeal under WCL § 23 has not expired |
| #180<br>9030 5480<br>DC | 2/25/03 | 6/13/08<br>Mandatory<br>PPD Deposit | 6/20/08 | $120,816.28 with 1/3 or $40,272.09 payable by Liberty Mutual | 11/7/08 @$169.45 subject to apportionment | Appealed under WCL § 23 on issue of retroactive application; future payment are speculative; pending Section 15(8) relief |
| #181<br>9050 1885<br>AA | 3/9/05 | 12/10/07<br>Mandatory<br>PPD Deposit | | no calculation to date; payment @ $378.62/wk | | Appealed under WCL § 23 on issue of retroactive application, future payments are speculative, pending Section 15(8) applications |
| #182<br>9050 1945<br>WY | 3/28/05 | 5/21/08<br>Mandatory<br>PPD Deposit | 6/2/08 | $253,788.70 | 10/31/08 @$400/wk | Appealed under WCL § 23 on potential Section 15(8); pending Section 32 settlement negotiations; retroactive application; deposit amount is speculative and therefore improper |
| # 218 and 219<br># 6040 0016<br>RR | 12/4/03 | 4/8/08<br>Discretionary<br>Permanent<br>Total Disability | 5/13/08 | $220,139.64 | 8/27/08 @ $394.07/wk | Appealed under WCL § 23 on issue of permanent total disability finding, |

-6-

Report on Status of Board Decision for ATF Deposit for PPD after 7/11/07
Liberty Mutual and Affiliate Cases

| | | | | |
|---|---|---|---|---|
| #220<br>#7050 3985<br>ER | 3/21/05 | 4/15/08 | $348,696.35 | 8/27/08<br>@ $387.50/wk | **Appealed under WCL § 23** on issue of speculative nature of future payments, entitlement to relief under WCL § 15(8), retroactive application |
| #231<br>#8991 0686<br>DM | 6/18/99 | 9/10/07<br>Mandatory<br>PPD Deposit | 5/8/08 | $87,614.73 | 8/25/08<br>@ $134.26/wk | **Paid on 5/16/08**; letter to ATF of same date reserving rights with respect to the validity of this deposit in event of challenge |
-7-